Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:07-mj-00030-WMW |
| Plaintiff, | ) | DISMISSAL; AND ORDER THEREON |
| v. | ) | |
| Christine J. Jewell, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: January 29, 2009 .    NATIONAL PARK SERVICE

_____
Ed Dunlavay
Legal Officer

**ORDER**

IT IS SO ORDERED.

**Dated:   January 30, 2009**          **/s/  William M. Wunderlich**
                        UNITED STATES MAGISTRATE JUDGE

1